**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-03714-DDD

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

AVERY HOLDINGS, LLC,
AVERY EQUIPMENT LLC,
AVERY ASPHALT SURFACING AND SYSTEMS, INC.,
AVERY ASPHALT INC,
LBLA VENTURES INC., and
REGIONAL PAVEMENT MAINTENANCE OF ARIZONA, INC.

    Defendants.

**ORDER SETTING HEARING AND RELATED DEADLINES**

    This case is before the court on Plaintiff's' motion for a preliminary injunction (Docs. 2, 3) and Sunflower Bank N.A.'s motion to intervene (Doc. 26). Having reviewed the parties' filings, the court believes a hearing is proper. It is thus **ORDERED** that a hearing is **SET** for February 22, 2021 at 1:30 PM. At the hearing, the parties shall be prepared to discuss the denial of preliminary injunctions in *Borey v. Nat'l Union Fire Ins. Co. of Pittsburgh, Pennsylvania*, 934 F.2d 30 (2d Cir. 1991) and *Cincinnati Ins. Co. v. Rocky Mountain Water Works, LLC*, No. 20-CV-00146-CMA-KLM, 2020 WL 978744 (D. Colo. Feb. 28, 2020). The court does not believe testimony is needed at the hearing in light of the parties' extensive evidentiary filings. To the extent it permits testimony, the court will limit testimony to cross examination and redirect examination under Federal Rule of Civil Procedure 43(c). If any party believes testimony is necessary they must file a motion to that effect no later than February

5, 2021. Any such motion shall identify the specific testimony needed and shall demonstrate good cause. If the court permits testimony at the hearing, the court will set time limits on testimony and related deadlines at a later date.

It is **FURTHER ORDERED** that, in light of the conditions created by the ongoing COVID-19 pandemic, and pursuant to General Order Nos. 2020-10 and 2021-2, the hearing shall be conducted by video teleconference ("VTC"). No parties, attorneys, witnesses, or members of the public may attend the Hearing in person. The parties shall contact the courtroom deputy (patricia_glover@cod.uscourts.gov) no later than five days before the hearing for instructions on how to proceed via VTC. The parties shall ensure that reliable video conferencing arrangements are made for themselves and any of their witnesses, and that any witnesses testify from a room where there will be no interruptions and that has a connection with sufficient bandwidth.

It is **FURTHER ORDERED**, to the extent that Sunflower or Defendants oppose Plaintiff's motion for preliminary injunction, they must file any response brief no later than February 8, 2021. No replies will be permitted without leave of court.

It is **FURTHER ORDERED**, to the extent that Plaintiff or Defendants oppose Sunflower's motion to intervene, they must file any response brief no later than February 8, 2021. No replies will be permitted without leave of court.

Members of the public may attend the Status Conference and the Preliminary Injunction Hearing by teleconference at (866) 390-1828, using Access Code 9792296#; and

- 3 -

All persons participating in court proceedings remotely by VTC or teleconference are prohibited, under penalty of contempt, from recording or broadcasting the proceeding in any manner.

DATED: January 25, 2021                    BY THE COURT:

                                                                    _____
                                                                    Hon. Daniel D. Domenico
                                                                    United States District Judge